Case: 3:25-cv-00073-TMR-PBS Doc #: 2 Filed: 03/13/25 Page: 1 of 5 PAGEID #: 23

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Friday, February 14, 2025 3:04:07 PM
CASE NUMBER: 2025 CV 00867 Docket ID: 506746624
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO

IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY
CIVIL – NEW COMPLAINT

Robert C. Fabian
2119 W. Bataan Dr.
Kettering Ohio 45420

Plaintiff

Case No _____

Judge _____

City of Dayton and
Dayton Police Dept.
and liability Insurer
101 W. Third St. et al...
Dayton Oh 45401

Defendant

Pleading  Complaint

**What do you want from the Court?**

I want the court to find the defendants have violated my civil and constitutional rights by ~~towing~~ having my vehicles towed without due process

**What do you want to happen?**

I want to be compensated the fair market value for my automobiles and any other fees and or compensation I am Due.

**MANDATORY CONTACT INFORMATION**

Name  Robert C. Fabian
Address  2119 W. Bataan Dr.
Address  Kettering Ohio 45420
Phone number  (937) 972-8762

# In the Common Pleas Court of Montgomery County, Ohio

## Civil Division

**Robert Fabian**
2119 W. Bataan Dr. Kettering 45420
(Plaintiff)

VS

**City of Dayton and**
Dayton Police Dept.
101 W. Third st,
Dayton Oh 45401

Judge

x_____

Case

x_____

## Civil Complaint

On or around February 14, 2023 officer Tim Gould of the Dayton Police called for tow trucks from Sandys towing to remove my 2 motor vehicles, 1. 1984 Camaro Z28 Vin# 1G1AP87H3EN144557 and 2. 1995 Jeep Grand Cherokee Vin# 1J4GZ58S0SC755488 and 1 home made trailer loaded with material. I was working on the house at 506 Burkart and had

permission from Terry Beasley who was the tax paying tenant, to park the vehicles There. I arrived at the same time as the tow trucks and informed the officer that I was going to move the vehicles then. I had friends to help move them on the way. The officer told me that I could not and when I asked why he said because the tow trucks were already dispatched when I told him that I wanted to talk to the drivers he told me no that I had to leave or face charges of obstruction. I wanted to just pay the drivers the required half price hook up fee that is applicable by law but the Officer threatened me with charges and i had no choice but to leave. I was never informed or contacted prior to this action and my vehicles were not stickered with any warnings. I talked to Terry and he said he was never given notice to remove the vehicles and I was certainly not . The Dayton police policy is to give a 10 day

*prove* notice when the city wants vehicles removed. It is unlawful and violates the 14 amendment and the 4th amendment as well. Municipalities cannot take personal property without Due process of law. Police cant legally order a persons property taking to a tow companies yard and then wash there hands of it, letting the third party tow company to bill for storage and tow and even dispose of if a person is not able to pay. Contacting owner to bill him and demand payment in order to get his property back is not the same as notifying the owner of a hearing on the legality of the tow and storage as required by constitutional law. The supreme court has ruled on this matter and always upholds the constitutional rights of the owner and not the municipal ordinances put in place by small government. The city of Dayton ,and the Dayton Police in contract with Sandys towing have not adhered to the due

**process of law nor have the complied with there own General order of Towing Motor Vehicles.** I am asking the court to grant me compeNsation of full mArket vAlue + fees &cost **Sincerely,**

Rob Julian